FLN (Rev. 3/2007) Deficiency Order  Page 1 of 1
3:02cr56LAC - UNITED STATES OF AMERICA vs. DAVID W. SUBA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                                 Case No. 3:02cr56LAC

DAVID W. SUBA

_____

## ORDER

Your document, **REQUEST FOR CLARIFICATION OF ADDITIONAL CONDITIONS OF SUPERVISED RELEASE**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

DONE and ORDERED this 18th day of May, 2007.

                                             *s/L.A. Collier*
                                             LACEY A. COLLIER
                                             SENIOR UNITED STATES DISTRICT JUDGE